## Order No. 97–14
## February 18, 1997

| 19078 | State v. Moses | Vacated in part, Granted in part |
|---|---|---|

## Order No. 97–15
## February 20, 1997

| 19400 | State v. Mahaulu | Vacated in part, Granted in part |
|---|---|---|

## Order No. 97–16
## February 21, 1997

| 18684 | Goo v. Wyeth–Ayerst Laboratories | Affirmed |
|---|---|---|
| 19135 | State v. Faatea | Affirmed |
| 19318 | State v. Cockett | Affirmed |
| 19342 | State v. Chandler | Affirmed |
| 19396 | State v. Fernandez | Affirmed |
| 19440 | Hamamura v. Hamamura | Affirmed |
| 19449 | State v. Saya | Affirmed |

## Order No. 97–17
## February 24, 1997

| 19577 | State v. Villanueva | Affirmed |
|---|---|---|

## Order No. 97–18
## February 24, 1997

| 19539 | State v. Villa | Affirmed |
|---|---|---|